**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FREEDOM WATCH, INC.<br><br>           Plaintiff,<br><br>v.<br><br>THE HONORABLE JEFF B. SESSIONS, in his official capacity as Attorney General of the United States of America on behalf of the UNITED STATES DEPARTMENT OF JUSTICE<br>Washington, DC<br><br>       And<br><br>THE HONORABLE ROBIN C. ASHTON, in her official capacity as Director of the Office of Professional Responsibility on behalf of the OFFICE OF PROFESSIONAL RESPONSIBILITY of the United States Department of Justice<br>Washington, DC<br><br>       And<br><br>THE HONORABLE MICHAEL E. HOROWITZ, in his official capacity as the Inspector General of the Department of Justice on behalf of the OFFICE OF THE INSPECTOR GENERAL of the United States Department of Justice<br>Washington, DC<br><br>       And<br><br>THE HONORABLE CHRISTOPHER A. WRAY, in his official capacity as Director of the Federal Bureau of Investigation on behalf of the FEDERAL BUREAU OF INVESTIGATION<br>Washington, DC<br><br>           Defendants. | **COMPLAINT FOR WRIT OF MANDAMUS** |

## I.      INTRODUCTION

Plaintiff Freedom Watch, Inc. ("Freedom Watch") brings this action against Defendants United States the Honorable Jeff B. Sessions ("Mr. Sessions") in his official capacity as Attorney General of the United States of America on behalf of the United States Department of Justice ("USDOJ"),  the Honorable Robin C. Ashton ("Ms. Ashton") in her official capacity as Director of the Office of Professional Responsibility on behalf of the Office of Professional Responsibility of the United States Department of Justice ("OPR"), the Honorable Michael E. Horowitz ("Mr. Horowitz") in his official capacity as the Inspector General of the Department of Justice on behalf of the Office of the Inspector General of the United States Department of Justice ("IG"), and the Honorable Christopher A. Wray ("Mr. Wray") in his official capacity as Director of the Federal Bureau of Investigation on behalf of the Federal Bureau of Investigation ("FBI") (collectively "Defendants") seeking a writ of mandamus pursuant to 28 U.S.C. § 1361 compelling Defendants to conduct an expedited investigation into the the torrent of leaks surrounding the Special Prosecutor Robert Mueller's ("Mr. Mueller") investigation into Russian interference in the 2016 presidential election ("the Mueller Investigation").

## II.      JURISDICTION AND VENUE

1.      This Court has subject matter jurisdiction over this case pursuant to 28 U.S.C. § 1331 (Federal Question Jurisdiction)

2.      Venue is proper pursuant to 18 U.S.C. § 1965 and 28 U.S.C. § 1391(b)(2), (3) in that Defendants reside here and are subject to personal jurisdiction in this District.

///

///

///

III.   **PARTIES**

**<u>Plaintiff</u>**

3.      Freedom Watch is a 501(c)(3) corporation, incorporated under the laws of the District of Columbia.

**<u>Defendants</u>**

4.      Defendant Mr. Sessions is being sued in his official capacity as Attorney General of the United States of America on behalf of the United States Department of Justice.

5.      Defendant Ms. Ashton is being sued in her official capacity as Director of the Office of Professional Responsibility on behalf of the United States Department of Justice.

6.      Defendant Mr. Horowitz is being sued in his official capacity as Inspector General on behalf of the United States Department of Justice.

7.      Defendant Mr. Wray is being sued in his official capacity as Director of the Federal Bureau of Investigation on behalf of the Federal Bureau of Investigation.

IV.   **STANDING**

8.      Plaintiff has standing to bring this action because it has been directly affected and victimized by the unlawful conduct complained herein. Its injuries are proximately related to the conduct of Defendants, each and every one of them, as it is a public interest watchdog which investigates and prosecutes government corruption on behalf of the American people and disseminates information to them.

V.   **FACTS**

**<u>BACKGROUND FACTS</u>**

9.      In May 2017, Mr. Mueller was appointed by the USDOJ as Special Counsel to conduct along with the FBI a criminal investigation into alleged Russian interference in the 2016 presidential election.

10.     Mr. Mueller has been tasked with investigating whether or not Russia interfered in the U.S. presidential election in the 2015-2016 election cycle, and if so to what extent and in what ways and whether in collusion with any U.S. campaigns or institutions.

11.     Mr. Mueller was appointed because the Attorney General, Mr. Sessions, needlessly recused himself from overseeing an investigation into a fanciful theory that we now know was invented by the Hillary Clinton presidential campaign in their deliberations within 24 hours of suffering an unexpected loss in the November 8, 2016 presidential campaign. Out of an abundance of caution, Mr. Sessions bent over backwards to avoid even the slightest appearance of bias or conflict of interest and recused himself.

12.     On September 11, 2017, Freedom Watch made a Complaint Against Special Counsel Robert Mueller and Staff and Request for Expedited Investigation Into Gross Prosecutorial Misconduct of Prosecuting Attorneys to Mr. Horowitz and Ms. Ashton and their respective offices, the IG and OPR. Exhibit 1.

13.     Since the Complaint was made, neither OPR nor the IG has been willing to confirm that an investigation is underway and thus one can only conclude that no such investigation exists or is underway. Thus, it is clear that Defendants will not take action without the requested judicial intervention.

**FACTS PERTAINING TO THE LEAKS FROM MR. MUELLER AND HIS STAFF**

14.     Since the inception of the Mueller Investigation, a pattern of a persistent torrent of leaks has emerged, and considering their nature, it is clear that the majority of these leaks are coming from Special Counsel Robert Mueller and his staff, most of whom are suffering from serious conflicts of interest.

15.     The nature as well as the quantity of these leaks makes it clear that they are

coming from the USDOJ and/or FBI, and Mr. Mueller's legal staff, which are technically under

the direction and control and authority of USDOJ as well.

16.     What Mr. Mueller's staff is focused on, their progress, activities, and even what

they are thinking are being regularly reported in the news media on an almost daily basis.

17.     For instance, a NBC News article stated:

> Federal investigators working for Special Counsel Robert Mueller
> are keenly focused on President Donald Trump's role in crafting a
> response to a published article about a meeting between Russians
> and his son Donald Jr., three sources familiar with the matter told
> NBC News. The sources told NBC News that prosecutors want to
> know what Trump knew about the meeting and whether he sought
> to conceal its purpose.[1]

18.     The Wall Street Journal was also privy to the investigative goals and activities of

Mr. Mueller's office:

> Special counsel Robert Mueller is examining what role, if any,
> former national security adviser Mike Flynn may have played in a
> private effort to obtain Hillary Clinton's emails from Russian
> hackers, according to people familiar with the matter.
> The effort to seek out hackers who were believed to have stolen
> Mrs. Clinton's emails, first reported by The Wall Street Journal,
> was led by a longtime Republican activist, Peter W. Smith.[2]

19.     In fact, just about every news media outlet has known exactly what Special

Counsel Mueller and his compromised staff is doing on a daily basis:

> The letter Mueller is reviewing was drafted by Trump along with
> policy adviser Stephen Miller, and legal experts say it is possibly

---

[1] Julia Ainsley and Tom Winter, *Mueller Team Asking if Trump Tried to Hide Purpose of Trump Tower Meeting*, NBC News, August 28, 2017, available at: https://www.nbcnews.com/news/us-news/mueller-team-asking-if-trump-tried-hide-purpose-trump-tower-n796746

[2] Shane Harris, *Special Counsel Examines Possible Role Flynn Played in Seeking Clinton Emails From Hackers*, The Wall Street Journal, August 25, 2017, available at: https://www.wsj.com/articles/special-counsel-examines-possible-role-flynn-played-in-seeking-clinton-emails-from-hackers-1503694304

the most critical piece of evidence in Mueller's obstruction-of-justice case since Comey's testimony before the Senate Intelligence Committee in June, because it can give prosecutors a direct window into Trump's thinking shortly before he fired Comey.[3]

20.     The above are just a few examples out of the countless news reports providing detailed specifics of the Mueller Investigation nearly every day. Given the supposedly confidential nature of the Mueller Investigation, the only only possible conclusion is that the information contained in the leaks is being deliberately disseminated to the media by the only persons with knowledge of such – Mr. Mueller and his staff.

21.     Mr. Mueller and his staff have appeared to zero-in and deliberately targeted former National Security Advisor Michael Flynn ("Mr. Flynn") and his family. As reported by Politico, Mr. Mueller's "most experienced attorneys have discrete targets, such as…former national security advisor Michael Flynn…."[4]

22.     Mr. Mueller and his staff leaked to CNN that:

Russian officials bragged in conversations during the presidential campaign that they had cultivated a strong relationship with former Trump adviser retired Gen. Michael Flynn and believed they could use him to influence Donald Trump and his team, sources told CNN.[5]

23.     As a result of Mr. Mueller's leaks, Mr. Flynn was forced to resign from his position as National Security Advisor.

---

[3] Sonam Sheth, *Mueller's investigation just got a boost — and another Trump associate may be in its crosshairs*, Business Insider, September 2, 2017, available at:
http://www.businessinsider.com/stephen-miller-trump-letter-comey-firing-obstruction-of-justice-mueller-russia-investigation-2017-9
[4] Darren Samuelsohn, *What Mueller's org chart reveals about his Russia Probe*, Politico, Nov. 13, 2017, available at: https://www.politico.com/story/2017/11/13/robert-mueller-russia-probe-organization-244789.
[5] *Sources: Russians bragged about using Flynn*, CNN, undated video of news broadcast, available at:  http://www.cnn.com/videos/politics/2017/05/20/russia-michael-flynn-donald-trump-influence-brown-borger-ac.cnn/video/playlists/michael-flynn/

24.     Mr. Mueller has now also leaked to media outlets, as recently as November 13, 2017, that he and his team are apparently investigating "an alleged plot involving Mr. Flynn, his son and potentially others to forcibly and extra-legally effect the return of Fethullah Gulen to Turkey in exchange for millions of dollars."[6]

25.     Mr. Flynn faces "potential criminal liability for being both late in disclosing his foreign relationships, as well as being less than forthcoming in his disclosures…. Even if Mueller's team finds Flynn's disclosure to be accurate… he could potentially be on the hook for a far different – and less technical  - offense than Manafort and Gates."[7]

26.     It is also clear that the leaks are not coming from those being investigated:

> In response to this CNN story, the President's attorney, Jay Sekulow, said, "President's outside counsel has not received any requests for documentation or information about this. Any inquiry from the special counsel that goes beyond the mandate specified in the appointment we would object to."[8]

27.      Details about Mr. Mueller's sharing investigative information and procedures, as well as collaborating with the Attorney General's office of the State of New York (itself subject to confidentiality of criminal investigations as well) were also promptly leaked to the news media.

28.     Details of Mr. Mueller's investigation including focusing on possible obstruction of justice by President Donald Trump and his campaign were promptly dumped into the public realm in the news media.

---

[6] Steve Vladeck, *Michael Flynn's Legal Problems are as Dire as they Sound*, NBC News, Nov. 13, 2017, available at: https://www.nbcnews.com/think/opinion/michael-flynn-s-legal-problems-are-dire-they-sound-ncna820276.

[7] *Id.*

[8] Evan Perez, Pamela Brown and Shimon Prokupecz, *One year into the FBI's Russia investigation, Mueller is on the Trump money trail*, CNN, August 4, 2017, available at: http://www.cnn.com/2017/08/03/politics/mueller-investigation-russia-trump-one-year-financial-ties/index.html

29.     Mr. Mueller and his team are clearly leaking confidential information regarding their criminal investigation to media outlets and the public, as there is no other possible source of the information that has been revealed to the public, through friendly media outlets.

### FACTS PERTAINING TO MR. MUELLER'S GRAND JURIES

30.     Mr. Mueller has since convened two grand juries which have been functioning for many months as the "legal heart" and base of operations of the Mueller Investigation.

31.     Mr. Mueller convened a second grand jury in the District of Columbia after already convening a grand jury in the Eastern District of Virginia at Alexandria, Virginia. Because jurors are drawn from voter rolls, and Donald Trump received only 4.1% of the vote in the District of Columbia for president on November 8, 2016, Mr. Mueller's efforts at juror shopping are not only unethical but fail to provide the public an assurance of the appearance of integrity in these proceedings.  The grand jury in Virginia would have had all the authority necessary to consider evidence across the river in Washington, D.C.

32.     Given that President Donald Trump's campaign was headquartered in Manhattan, there is no valid reason for an investigation of the 2016 presidential campaign to be sited in Washington, D.C.  The appearance is that the grand jury convened in Virginia was skeptical of Mr. Mueller's presentations and Mr. Mueller sought a different group of grand jurors.

### MR. MUELLER AND HIS STAFF'S CONFLICTS OF INTEREST

33.     28 CFR 45.2 mandates that no USDOJ employee may participate in a criminal investigation or prosecution if he has a personal or political relationship with any person or organization substantially involved in the conduct that is the subject of the investigation or prosecution, or who would be directly affected by the outcome.

34.     Mr. Mueller and his team suffer from numerous conflicts of interest that not only mandate their removal, but also explain why the leaks are being disseminated to the media on a daily basis. The damage of continuing leaks to the reputation of innocent persons is especially harmful.  The more the myth of collusion between Russia and the Trump presidential campaign unravels, the more the flow of leaks accelerates each day.

35.     Furthermore, Mr. Mueller's investigation turns on the credibility and personal interests of Mueller's long-term colleague and close friend, former FBI Director James Comey. ("Mr. Comey")

36.     Not only will the investigation impact Mr. Comey, but Mueller must judge his own friend's credibility as a witness.

37.     As recently as 2009, then Director of the FBI, Mr. Mueller personally carried samples of highly-enriched uranium to Moscow, as shown in official diplomatic cables that have been publicly released.  While Mr. Mueller's involvement in transporting uranium samples to the Russian Federation may have been proper [9] the task of the Special Counsel is to give public confidence and the appearance of enhanced integrity in the Russian collusion investigation. Compared with the professional permanent staff of the FBI and USDOJ, Mr. Mueller cannot offer public confidence in the investigation having personally worked with Russia on such high level issues.

38.     If the evidence shows that Russia intervened in the election in relation to Hillary Clinton's support for the sale of twenty percent (20%) of the uranium mining reserves of the

---

[9]     "(S/NF) Background: Over two years ago Russia requested a ten-gram sample of highly enriched uranium (HEU) seized in early 2006 in Georgia during a nuclear smuggling sting operation involving one Russian national and several Georgian accomplices. The seized HEU was transferred to U.S. custody and is being held at a secure DOE facility. In response to the Russian request, the Georgian Government authorized the United States to share a sample of the material with the Russians for forensic analysis."

United States to the Russian Federation as the leading member of the inter-governmental decision-making body the Committee on Foreign Investment in the United States (CFIUS), Mr. Mueller and his team would be ethically prohibited from honestly investigating and exploring the truth.

39.     Mr. Mueller knowingly hired an attorney who had previously -- within the last year -- represented the Clinton Foundation of whom Hillary Clinton and Bill Clinton are principals.   Attorney Jeannie S. Rhee ("Ms. Rhee"), D.C. Bar No. 464127 was ethically required to decline a position that places her in a conflict of interest as a staff attorney for Mr. Mueller.

40.     Having previously represented the Clinton Foundation as an attorney, including its Board of Directors and principals Hillary Clinton, Bill Clinton, Chelsea Clinton, and Former Counselor of the U.S. Department of State Cheryl Mills, Ms. Rhee ethically cannot investigate, work on, or prosecute the topics related to the investigation of collusion by the Russian Federation with the presidential campaign of Donald Trump running against Hillary Clinton.

41.     Ms. Rhee's involvement contaminates the entire investigation by Mr. Mueller's office.

42.     Furthermore, as Ms. Rhee's supervisor and a supervising attorney, Mr. Mueller is committing ethical violations by directing an attorney to violate the ethical requirements of the Department of Justice and of the District of Columbia Bar.

43.     Mr. Mueller's hiring of Ms. Rhee - and others - is in itself an ethical violation of USDOJ standards and professional rules.   However, Mr. Mueller's refusal to correct this unethical conduct speaks volumes and loudly proclaims the true nature of Mr. Mueller's intentions and undertakings.

44.     Now, Ms. Rhee is investigating Donald Trump's alleged Russian collusion with Russia during the 2016 presidential campaign as one of Mr. Mueller's top lawyers.  With Mr. Mueller's experience, he obviously knows that the lawyers he is hiring will be legally prevented from following the evidence wherever it leads.  One must infer that Mr. Mueller intends a hatchet job on President Trump in retaliation for his friend, Mr. Comey's, firing from head of the FBI.

45.     Legally Ms. Rhee can only investigate President Trump, even if the evidence might show that Hillary Clinton -- through Ms. Rhee's former (recent) client the Clinton Foundation -- actually colluded with Russia instead or that leaked emails from Hillary Clinton's campaign were leaked by DNC employee Seth Rich.  Ms. Rhee is not ethically or legally allowed to look into alternative theories or any of the outrageous leaks from the deep state defending Hillary Clinton's loss, the disclosure of Clinton campaign emails to Wikileaks, etc.

46.     Two other lawyers on Mr. Mueller's team gave the maximum $2,700 donation to Hillary Clinton in last year's election.

47.     Three attorneys on Mr. Mueller's team - Andrew Weissmann, Jeannie Rhee, and James Quarles - alone donated more than $50,000 to Democrats,[10] and almost exclusively to Democrats, according to Federal Election Commission campaign finance reports.

48.     All told, more than half of Mr. Mueller's massive team of lawyers are influential donors to the Democrat party investigating the presidential campaign of a Republican Donald Trump.

        ///

---

[10] Marshall Cohen, *Special counsel team members donated to Dems, FEC records show*, CNN, June 13, 2017, available at: http://www.cnn.com/2017/06/12/politics/robert-mueller-donations-democrats-fec/index.html.

## FIRST CAUSE OF ACTION
**Writ of Mandamus**

49.     Freedom Watch repeats and re-alleges all of the previous allegations of the entirety of this Complaint for Writ of Mandamus with the same force and effect, as if fully set forth herein again at length.

50.     Under 28 U.S.C. § 1361, "[t]he district court shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff."

51.     Freedom Watch has requested that the IG and the OPR conduct an investigation into the torrent of leaks coming from Mr. Mueller and his staff pertaining to the Mueller Investigation, as well as the unethical conflicts of interest. The IG and OPR have refused to confirm whether any investigation is underway, leading to the only possible conclusion that they will not act without the judicial intervention requested in this Complaint for Writ of Mandamus

52.     This Court must, pursuant to 28 U.S.C. § 1361, in the nature of mandamus, compel Defendants to conduct an immediate, thorough investigation into the torrent of leaks coming from Mr. Mueller and his staff pertaining to the Mueller Investigation set forth in this Complaint for Writ of Mandamus

53.     When Defendants' investigation confirms that leaks did occur and that the conflicts of interest actionable as ethical violations, Mr. Klayman respectfully requests an order compelling Mr. Sessions and the USDOJ to order the removal of Mr. Mueller and his staff from the investigation.

## VI.     PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief and judgment against Defendant as follows:

(a)      A writ of mandamus compelling Defendants to conduct an immediate, thorough investigation into torrent of leaks coming from Mr. Mueller and his staff, as well as unethical conflicts of interest, pertaining to the Mueller Investigation and an order compelling Mr. Sessions and the USDOJ to order the removal of Mr. Mueller and his staff from the investigation when the investigation reveals that the leaks did originate from Mr. Mueller and his staff.

(b)      Mr. Klayman reserves the right to supplement and/or amend this Complaint for Emergency Writ of Mandamus and Injunctive Relief.

Dated: November 15, 2017                Respectfully submitted,

                                        */s/ Larry Klayman*
                                        Larry Klayman, Esq.
                                        FREEDEOM WATCH, INC,
                                        D.C. Bar No. 334581
                                        2020 Pennsylvania Ave. NW, Suite 345
                                        Washington, DC 20006
                                        Tel: (561)-558-5536
                                        Email: leklayman@gmail.com

                                        Attorney for Plaintiff